**ORDER DENIED**

Entered on Docket
October 23, 2008

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

---

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

**In re:** STEVEN L. WEAVER,                                    Case No. 08-51547

                                                                Chapter   7

_____Debtor(s) /

**ORDER ON REAFFIRMATION AGREEMENT**

The debtor(s)_____Steven L. Weaver_____ has/have filed a Motion for Approval of the Reaffirmation Agreement dated _09/15/2008_ made between the debtor(s) and _FreedomRoad Financial_. The court held the hearing required by 11 U.S.C. § 524(d) on notice to the debtor(s) and the creditor on _10/08/2008_.

COURT ORDER:    ____   The court grants the debtor's motion under 11 U.S.C. §524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

                ____   The court grants the debtor's motion under 11 U.S.C. §524 (k)(8) and approves the reaffirmation agreement described above.

                ____   The court does not disapprove the reaffirmation agreement under 11 U.S.C. § 524(m).

                _X_   The court disapproves the reaffirmation agreement under 11 U.S.C. § 524(m).

                _X_   The court does not approve the reaffirmation agreement.

BNC Notice to:
    Steven L. Weaver, 2340 Dodge Drive, Sparks, NV 89436
    FreedomRoad Financial, c/o Spallas Jones, 1840 e. River Rd., #207, Tucson, AZ 85718

###